UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 2:19-cr-00151-13 |
| : | |
| ALEXIS LEANDRY-OCASIO, : | |

**O R D E R**

**AND NOW**, this 22nd day of January, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

The Motion to Suppress, ECF No. 426, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge